NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. State Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone:  (714) 338-3542
    Facsimile:  (714) 338-3561
    E-mail:     charles.e.pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOSES S. HALL,<br><br>    Defendant. | No. SA CR 16-00132-CJC<br><br>STIPULATION TO CONTINUE SENTENCING HEARING DATE<br><br>**CURRENT DATE:**    03/26/2018<br>**PROPOSED DATE:**   06/25/2018 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Charles E. Pell, and defendant MOSES S. HALL ("defendant"), through his counsel of record, Kenneth A. Reed, Esquire, hereby agree and stipulate that the sentencing hearing in his case be continued from March 26, 2018, to June 25, 2018.

///

Therefore, the parties respectfully request that the Court continue the sentencing hearing date to June 25, 2018, at 9:00 a.m.

IT IS SO STIPULATED.

_____   03/21/2018
CHARLES E. PELL            Date
Assistant United States Attorney
Santa Ana Branch Office


/s/ PER EMAIL AUTHORIZATION   MARCH 21, 2018
KENNETH A. REED            Date
Attorney for Defendant
MOSES S. HALL

2